859 A.2d 1253

**COMMONWEALTH of Pennsylvania, Department of Labor and Industry, Bureau of Labor Law Compliance, o/b/o Lynndon Hubler, Appellees,**

**v.**

**Wayne STUBER, Individually and d/b/a C–Wayne Fixtures, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 20, 2004.

Decided Oct. 20, 2004.

F. Cortez Bell, III, Esq., Clearfield, for Wayne Stuber, individually and d/b/a C–Wayne Fixtures.

Kathryn J. McDermott, Esq., Harrisburg, for Bureau of Labor Law Compliance.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of October, 2004, the order of the Commonwealth Court is hereby AFFIRMED, on the basis of the Commonwealth Court opinion, *Commonwealth of Pennsylvania, Bureau of Labor Law Compliance v. Wayne Stuber,* 822 A.2d 870 (Pa.Cmwlth.2003).